ACCEPTED
05-15-00910-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/24/2015 1:50:42 PM
LISA MATZ
CLERK

# No. 05-15-00910-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/24/2015 1:50:42 PM
LISA MATZ
Clerk

In The

# COURT OF APPEALS

## FIFTH DISTRICT OF TEXAS
### Dallas, Texas

**David Cole, Independent Administrator of the
Estate of Kathryn Cole, Deceased**
*Appellant,*

v.

**Amica Mutual Insurance Company,**
*Appellee.*

On Appeal from Cause No. DC-15-02618-D
In the 95th Judicial District Court of Dallas County, Texas
Honorable Ken Molberg, Presiding Judge

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE DALLAS COURT OF APPEALS:**

Appellant David Cole Independent Administrator of the Estate of Kathryn Cole, Deceased ("Appellant"), represented by Jo Allison Stasney of Thompson, Coe, Cousins & Irons, L.L.P. (email address: jstasney@thompsoncoe.com) files this Unopposed Motion for Extension of Time to File Appellant's Brief and respectfully shows:

1.      The current deadline to file Appellant's Brief is September 30, 2015.

2.      Appellant seeks a 15-day extension of time to file its Brief. *See* Tex. R. App. P. 38.6(d); 10.5 (b). Accordingly, Appellant seeks an extended deadline to October 15, 2015.

3.      This is Appellant's first request for an extension of time to file its Brief.

4.      This extension of time is necessary due to the schedule of Appellant's lead appellate counsel, Jody Stasney. Specifically, her schedule prevents her from preparing the Brief by the current deadline. Matters over the last few weeks being handled by Ms. Stasney required immediate attention, including a federal court removal with out-of-the-ordinary legal issues and finalizing settlements in a seven-party insurance company lawsuit pending in federal court in Arizona pursuant to the court's September 2, 2015 order imposing a September 30, 2015 deadline, along with finalizing the settlement of a related bad faith action pending in state court in Arizona.  Additionally, Ms. Stasney has been attending to personal matters involving the sale of her mother's house in Fort Worth.

5.      Counsel for Appellant has personally communicated with counsel for Appellee regarding this motion, and Appellee is not opposed to this motion and the relief sought.

For these reasons, Appellant respectfully requests that the Court grant this motion and extend the deadline to file Appellant's Brief until October 15, 2015, and grant any other relief to which it is justly entitled.

Respectfully submitted,


_____/s/ Jo Allison Stasney_____
                    Jo Allison Stasney
                    State Bar No. 19080280

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, TX 75201-2832
Telephone: (214) 871-8200
Telecopy: (214) 871-8209
E-Mail: jstasney@thompsoncoe.com

                    Wade C. Crosnoe
                    State Bar No. 00783903

THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos, Suite 1500
Austin, Texas 78701
Telephone: (512) 703-5078
Telecopy: (512) 708-8777
E-Mail: wcrosnoe@thompsoncoe.com

COUNSEL FOR DAVID COLE, INDEPENDENT
ADMINISTRATOR OF THE ESTATE OF
KATHRYN COLE, DECEASED


## CERTIFICATE OF SERVICE

This is to certify that on the 24th day of September, 2015, a copy of the foregoing was sent via electronic notice and/or certified mail, return receipt requested to Appellee's counsel as follows:

Neil A. Bickley
Attorney at Law
301 S. Sherman, Suite 103
Richardson, TX 75081

                    s/ Jo Allison Stasney_____
                    Jo Allison Stasney